**Electronically Filed
Supreme Court
SCWC-22-0000349
27-NOV-2024
02:45 PM
Dkt. 37 OGMR**

SCWC-22-0000349

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF THE TAX APPEAL OF HAWAIIAN AIRLINES, INC.,
Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF TAXATION,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000349; CIV. NO. 1CTX-21-0000493)

<u>ORDER GRANTING MOTION FOR RECONSIDERATION</u>

(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Respondent/Defendant-Appellee Department of Taxation's Motion for Reconsideration, filed October 17 2024, and the record herein,

IT IS HEREBY ORDERED that the motion is granted in accordance with the Order of Correction filed herewith.

DATED:  Honolulu, Hawai'i, November 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

